## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**CLEVELAND LOUIS JYNES**                               **CIVIL ACTION**

**VERSUS**                                               **NO. 15-1739**

**ORLEANS PARISH SHERIFF'S**                            **SECTION "J"(2)**
**OFFICE ET AL.**

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Findings and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Findings and Recommendation, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that Cleveland Louis Jynes's 42 U.S.C. § 1983 complaint is **DISMISSED WITH PREJUDICE** for failure to prosecute.

New Orleans, Louisiana, this 4th day of August, 2015.

_____
UNITED STATES DISTRICT JUDGE